# Third District Court of Appeal
## State of Florida

Opinion filed June 12, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2285
Lower Tribunal Nos. F98-3144B, F98-5013
_____

**Derrick Grantley,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Derrick Grantley, in proper person.

Ashley Moody, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before LOGUE, C.J., and EMAS and LINDSEY, JJ.

PER CURIAM.

Affirmed.